Honorable Barbara M.G. Lynn

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| BWP MEDIA USA INC., <br><br> Plaintiff, <br><br> v. <br><br> SoftLayer Technologies, Inc., <br><br> Defendant. | No. 3:13-cv-02960-M |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff BWP MEDIA USA INC. hereby notifies this Court and the Defendant, SoftLayer Technologies, Inc., that it voluntarily dismisses all of its claims with prejudice against the Defendant, SoftLayer Technologies, Inc., in the above-captioned action. Rule 41(a) provides that a notice of dismissal is appropriate for voluntary withdrawal before the opposing party serves either an answer or a motion for summary judgment.

In this case, the Defendant, SoftLayer Technologies, Inc., have neither filed an answer or a motion for summary judgment. The Plaintiff filed the above-captioned action on July 30, 2013. (Doc. 1).

Dated: August 8, 2013

Respectfully submitted,

/s/ Craig B. Sanders
Craig B. Sanders (CS4163)
SANDERS LAW, PLLC
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: 516-203-7600
Fax: 516-281-7601
Email: csanders@sanderslawpllc.com
*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE
NORTHERN DISTRICT OF TEXAS

I hereby certify that on this 8th day of August 2013, the foregoing Notice of Voluntary Dismissal With Prejudice was filed through the Court's CM/ECF filing system and was also served via U.S. Mail upon the Defendant, SoftLayer Technologies, Inc., 4849 Alpha Road, Dallas, Texas 75244.

/s/ Craig B. Sanders
Attorney for Plaintiff